IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM SMITH                                                                    PLAINTIFF

v.                              No. 1:16-cv-155-DPM

ASTRAZENECA PHARMACEUTICALS LP
and ASTRAZENICA LP                                                          DEFENDANTS

ORDER

I've been prescribed Nexium and similar medicines. A person on the street who knew this could reasonably question my impartiality in presiding over this case. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2016